# United States Court of Appeals

## For the First Circuit

---

No. 05-2800

JAMELEDDIN ALSAMHOURI,

Petitioner,

v.

ALBERTO R. GONZALES,
Attorney General of the United States,

Respondent.

---

**ERRATA SHEET**

The opinion of this court, issued August 14, 2006, should be amended as follows:

On page 4, line 12:  "April 18" should be replaced with "April 19"